# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-11210
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 12, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ANTONIO DE JESUS RAMIREZ-OLVERA,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:14-CR-133-1

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Antonio De Jesus Ramirez-Olvera appeals from the denial of a postconviction pleading in which he purported to reserve the right to challenge his conviction and sentence under *Johnson v. United States*, 135 S. Ct. 2551 (2015).  Ramirez-Olvera, in essence, sought 28 U.S.C. § 2255 relief.  Thus, his pleading was an unauthorized successive § 2255 motion that the district court lacked jurisdiction to entertain, and he has appealed from the denial of a

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

meaningless motion. *See United States v. Key*, 205 F.3d 773, 774 (5th Cir. 2000); *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994). Accordingly, the Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.